NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LOCKHART TEXTILES, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2020-2088

---

Appeal from the United States Court of International Trade in No. 1:17-cv-00099-LMG, Senior Judge Leo M. Gordon.

---

**JUDGMENT**

---

JOHN MICHAEL PETERSON, Neville Peterson LLP, New York, NY, argued for plaintiff-appellant. Also represented by PATRICK KLEIN, RICHARD F. O'NEILL.

MARCELLA POWELL, International Trade Field Office, United States Department of Justice, New York, NY, argued for defendant-appellee. Also represented by BRIAN M. BOYNTON, JEANNE DAVIDSON, AIMEE LEE, JUSTIN REINHART MILLER; PAULA S. SMITH, Office of the Assistant Chief

Counsel, Bureau of Customs and Border Protection, United States Department of Homeland Security, New York, NY.

———————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CLEVENGER, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>June 15, 2021</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |